IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:11-cr-04052-FJG-1 |
| | ) | |
| FLOYD LEE WILLIS, | ) | |
|     Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth (Doc. #19 filed on October 29, 2013), to which no objection has been filed, the plea of guilty to the Indictment which was filed on November 3, 2011, is now accepted. Defendant is adjudged guilty of such offense(s). Sentencing will be set by subsequent order of the court.

                                                                   **/s/ Fernando J. Gaitan, Jr.**
                                                                    Fernando J. Gaitan, Jr.
                                                                    Chief United States District Judge

Dated: November 19, 2013
Kansas City, Missouri